1 | PHILLIP A. TALBERT
United States Attorney
2 | ELLIOT WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6 | Attorneys for Defendants

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | AHMED MOHIELDIEN,                           CASE NO.  2:23-CV-00696-AC

11 |                          Plaintiff,         STIPULATION AND [~~PROPOSED~~] ORDER TO
                                              HOLD CASE IN TEMPORARY ABEYANCE
12 |                  v.

13 | UR JADDOU, ET AL.,

14 |                          Defendants.

15

16 |        The Defendants respectfully request to hold this case in temporary abeyance through November

17 | 22, 2023, and counsel for Plaintiffs does not oppose.

18 |        This case concerns Plaintiff's application for asylum, which has been pending with U.S.

19 | Citizenship and Immigration Services (USCIS) since April 2016.  Plaintiff is currently scheduled an

20 | interview on this application on July 25, 2023.  The parties anticipate that this lawsuit will be rendered

21 | moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so

22 | within 120 days of the completion of the interview.  In the event USCIS reschedules the interview on

23 | Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks.

24 | ///

25 | ///

26 | ///

27 | ///

28

1

1    The parties therefore stipulate that this matter be held in temporary abeyance through November

2  22, 2023.  The parties further request that all other filing deadlines be similarly vacated.

3

4    Respectfully submitted,

5

6  Dated:  May 17, 2023                        PHILLIP A. TALBERT
                                       United States Attorney

7

8                              By:  /s/ ELLIOT C. WONG
                                    ELLIOT C. WONG

9                                    Assistant United States Attorney

10

11                                /s/ JESSICA TAYLOR ARENA

12                                JESSICA TAYLOR ARENA
                                Counsel for Plaintiffs

13

14                     [PROPOSED] ORDER

15             It is so ordered.

16

17  DATED: May 23, 2023

18                                      ALLISON CLAIRE

19                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28